August 11, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

HARRIS COUNTY SHERIFF'S CIVIL SERVICE COMMISSION, Appellant

NO. 14-15-00464-CV                              V.

DONALD ROBERTSON, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on April 27, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Harris County Sheriff's Civil Service Commission.

We further order this decision certified below for observance.